NUMBER 13-01-412-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


PHARR-SAN JUAN-ALAMO INDEPENDENT SCHOOL DISTRICT , Appellant,

v.



JUAN M. GONZALEZ , Appellee.

____________________________________________________________________


On appeal from the 92nd District Court

of Hidalgo County, Texas.

____________________________________________________________________



O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellant, PHARR-SAN JUAN-ALAMO INDEPENDENT SCHOOL DISTRICT , perfected an appeal from a judgment
entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-463-97-A . After the record and briefs
were filed and after the cause was set for submission and oral argument, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that this case has been resolved and appellant no longer wishes to prosecute this appeal.
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 27th day of September, 2001 .